# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MARTIN HEFFINGTON,<br><br>        Petitioner,<br><br>   v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>        Respondent. | Case No. 1:15-cv-01818-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE |

On June 4, 2015, Petitioner, a federal prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1). On December 10, 2015, the Court directed the petition to be categorized as a § 2255 motion in <u>United States v. Ray Martin Heffington</u>, Case No. 1:93-cr-05021-LJO-1. (ECF No. 18).

Accordingly, the Clerk of Court is DIRECTED to ADMINISTRATIVELY CLOSE Case No. 1:15-cv-01818-SAB-HC. Any pending motions are denied as moot.

IT IS SO ORDERED.

Dated:   **January 5, 2016**

_____
UNITED STATES MAGISTRATE JUDGE